Exhibit 3

Charted Claims:
Non-Method Claim:8

| US10637142 B1 | Veaa: VeeaONE Platform ("The Accused Instrumentality") |
|---|---|
| 8. A system, comprising: a transceiver to communicate with a predetermined target; | The accused instrumentality utilizes a system, comprising: a transceiver (e.g., 5G cellular transceiver of gNB) to communicate with a predetermined target (e.g., connected UE).<br><br>As shown below, the accused instrumentality is a 5G enabled platform. The platform is deployed with a 5G base station or gNB whose transceiver communicates with 5G-capable UEs or targets.<br><br><br>https://www.veea.com/platform |



# Where Platform Intelligence Meets the Edge

Purpose-built for automating infrastructure, enabling smart spaces, and accelerating outcomes at the edge.

**Explore the VeeaONE Platform**

https://www.veea.com/

**VeeaONE Platform** is the adaptable edge computing foundation that seamlessly transforms to meet your exact organizational needs: from enterprise-grade security and connectivity to intelligent IoT deployments and community broadband—all powered by a single, versatile technology.

https://www.veea.com/platform

VeeaONE is the hyperconverged, full-stack platform that makes our solutions possible. It unifies the essential elements of modern infrastructure, delivering them to the 'Device Edge' on our purpose-built VeeaHubs or on the third-party hardware of your choice.

https://www.veea.com/



### Connect

Effortlessly connect devices with built-in Wi-Fi, Bluetooth, Zigbee, Matter, and Thread, plus optional LoRaWAN and 4G/5G. Our patented vMesh technology creates a seamless networking, computing, and application mesh across LAN and WAN.



### Compute

Run applications in a virtualized Linux environment with a powerful quad-core CPU, supporting them in secured Docker® containers at the Device Edge. The computing framework mirrors those found in the cloud, but with the benefits of local processing.



### Secure

Protect your network with an architecturally superior approach. Our platform features AI-driven threat detection that actively monitors your network and defends against cyberattacks, Zero Trust Network Access (ZTNA), device fingerprinting and network slicing over LAN/WAN for unparalleled security.

https://www.veea.com/

VeeaONE gives you everything you need to launch secure, scalable, intelligent services - without the complexity.



**Unify your infrastructure with a hyperconverged stack: connectivity + compute + security + AI in one unit.**



**Run applications at the Device Edge, where data is generated and action is taken.**



**Integrate seamlessly with your existing devices, sensors, and BMS systems.**





**Control everything from a single cloud dashboard or manage locally.**



**Leverage a powerful Wi-Fi AP, IoT Gateway, and our patented vMesh technology.**



**Scale easily from one site to thousands with Zero Touch Provisioning.**

https://www.veea.com/



https://blog.veea.com/the-edge-that-fixes-itself

Veea has unified computing, communications, edge storage and cybersecurity solutions through fully integrated cloud- and edge-managed products. Veea's pioneering VeeaONE Platform, developed from the ground up in several compact form factors, brings together the functionality typically provided for through any combination of servers, Network Attached Storage (NAS) devices, routers, firewalls, Wi-Fi APs, IoT gateways, 4G or 5G wireless access, and Cloud Computing by means of multiple hardware, software and systems integrated and maintained by IT/OT professionals.



### Responsive

Edge computing enables millisecond-level real-time decision-making, crucial for systems like manufacturing controls, autonomous vehicles, and AR/VR.



### Cost-Effective

Our platform processes data at its source, significantly reducing bandwidth and storage costs and infrastructure buildout needs.



### Integrated

Our suite of technologies - VeeaWare, vMesh, vBus, and management tools like the Veea Control Center and VeeaHub Manager - work in synergy to revolutionize edge computing.

https://www.veea.com/platform

## 4.2    Functional Split

The **gNB** and ng-eNB host the following functions:

- Functions for Radio Resource Management: Radio Bearer Control, Radio Admission Control, Connection Mobility Control, Dynamic allocation of resources to UEs in both uplink and downlink (scheduling);

- IP and Ethernet header compression, encryption and integrity protection of data;

- Selection of an AMF at UE attachment when no routing to an AMF can be determined from the information provided by the UE;

- Routing of User Plane data towards UPF(s);

- Routing of Control Plane information towards AMF;

- Connection setup and release;

- Scheduling and transmission of paging messages;

https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf

- **RRC_CONNECTED:**
  - The UE stores the AS context;
  - Transfer of unicast data to/from UE;
  - At lower layers, the UE may be configured with a UE specific DRX;
  - For UEs supporting CA, use of one or more SCells, aggregated with the SpCell, for increased bandwidth;
  - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;
  - Network controlled mobility within NR and to/from E-UTRA;
  - The UE:
    - Monitors Short Messages transmitted with P-RNTI over DCI (see clause 6.5), if configured;
    - Monitors control channels associated with the shared data channel to determine if data is scheduled for it;
    - Provides channel quality and feedback information;
    - Performs neighbouring cell measurements and measurement reporting;
    - Acquires system information;
    - Performs immediate MDT measurement together with available location reporting.

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

<table>
<tr><td></td><td>

### 5.3.3   RRC connection establishment

#### 5.3.3.1   General



**Figure 5.3.3.1-1: RRC connection establishment, successful**

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

</td></tr>
<tr><td>

one or more antennas coupled to the transceiver each electrically or mechanically steerable to the

</td><td>

The system utilized by the accused instrumentality comprises one or more antennas (e.g., antennas of gNB) coupled to the transceiver (e.g., 5G cellular transceiver of gNB) each electrically or mechanically steerable (e.g., beamformed) to the predetermined target (e.g., connected UE).

As shown below, a 5G base station is equipped with antennas that communicate with a connected UE. These antennas are electrically tilted to adjust a beam's direction toward the UE. This electrical tilt enables beamforming, which creates and directs focused beams of RF energy. Beamforming allows for precise control of signal direction, enhancing signal strength and quality for the UE.

</td></tr>
</table>

| predetermined target; | ### 4.3.39   CommonBeamformingFunction |
|---|---|
| | #### 4.3.39.1   Definition |
| | This <<IOC>>CommonBeamformingFunction represents common beamforming functionality (eg: SSB beams) for the NRSectorCarrier. |
| | The CommonBeamformingFunction provides capability to configure the advanced antenna for a sector carrier. The configuration capability is provided by selection of coverageShape, digitalTilt and digitalAzimuth. These attributes represent the wanted coverage area and radiation pattern on a sector carrier related to an antenna transmission point. |
| | This configuration capability assumes the system shall handle configuration of SSB beams within the sector carrier. Individual SSB beams within a sector carrier cannot be independently configured as this depends on many conditions and constraints, for instance TDD patterns, allocations of PRACH occasions, SIB1 and mobility considerations. |
| | The associated <<IOC>> Beam provides information beam direction and beam width for the associated SSB beams as a result of the configuration. The beams addressed in this definition are the common beams. There may be more than one beam per CommonBeamformingFunction for the NRSectorCarrier. |
| | https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf |
| | For DL data transmission during UE mobility, gNB can configure different beams for this UE at different slots. It ensures appropriate transmit beam allocation to the UE for continuous DL transmission. Therefore DL data packet transmission is kept during beam pair switching at different slots. |
| | For UL data transmission, PUSCH is sent using the beam configured by SRI (SRS resource indicator) by gNB. Accordingly, an appropriate gNB-side beam is selected for UL data reception. gNB may select different beams at different slots depending on the UE mobility. Therefore UL data packet transmission is kept during beam pair switching at different slots. |
| | Based on the above analysis, the UE can always exchange user plane packets with gNB during the mobility transitions. Therefore, 0ms mobility interruption time is achieved by NR for this scenario. |
| | https://www.etsi.org/deliver/etsi_tr/137900_137999/137910/16.01.00_60/tr_137910v160100p.pdf |
| | **active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network* |

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

**beam:** main lobe of a radiation pattern from an AAS BS

NOTE:    For certain AAS BS antenna array, there may be more than one beam.

**beam centre direction:** direction equal to the geometric centre of the half-power EIRP contour of the beam

**beam direction pair:** data set consisting of  the *beam centre direction* and the related *beam peak direction*

**beam peak direction:** direction where the maximum EIRP is supposed to be found

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

# What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

Electrical down tilt and mechanical tilt are two techniques used to modify the angle of an antenna in order to control its radio frequency pattern. Electrical down tilt employs electronic controls to adjust the beam, while mechanical tilt requires physically adjusting the mounting angle of the antenna.

https://www.sannytelecom.com/electrical-down-tilt-antenna-vs-mechanical-tilt-antenna/#elementor-toc__heading-anchor-3

# What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

## Electrical Tilt:

Electrical tilt is the process of adjusting the phase of the signal that is fed to the antenna. This can be done by using a phase shifter. Electrical tilt is typically used to improve the gain of an antenna in a specific direction. For example, if an antenna is used to provide coverage to a cell phone tower, the antenna can be electrically tilted to improve the gain in the direction of the tower.

- Electrical tilt, also known as electronic tilt, is an adjustable parameter that controls the radiation pattern of an antenna.
- It is achieved by modifying the phase and amplitude of the signals sent to different antenna elements within an array.
- Electrical tilt allows for beamforming, which shapes and directs the radio frequency (RF) energy in specific directions.
- By adjusting the electrical tilt, the coverage area of the antenna can be modified without physically moving the antenna itself.
- Electrical tilt is typically adjusted remotely by network operators through the base station or antenna control system.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

## How to Use Antenna Tilt:

1. **Coverage Optimization:** Antenna tilt is used to optimize signal coverage in cellular networks. By adjusting the tilt, network operators can shape the radiation pattern of the antenna to focus the signal where it is needed the most, such as densely populated areas or specific coverage gaps.

2. **Interference Mitigation:** Antenna tilt is also used to mitigate interference between neighboring cells. By adjusting the tilt, operators can minimize the overlap of signals and reduce interference, improving network performance and overall quality of service.

3. **Sectorization:** In a cellular network, multiple sectors are often created to divide the coverage area. Each sector has its own antenna with adjustable tilt. By adjusting the tilt of each sector's antenna, operators can control the coverage area of each sector and ensure efficient frequency reuse.

4. **Network Capacity:** Antenna tilt can be used to manage network capacity. By adjusting the tilt, operators can shape the coverage area and direct the signal toward areas with high user demand, maximizing the capacity and throughput of the network.

5. **Beamforming:** Electrical tilt, in particular, enables beamforming, which is the process of creating and directing focused beams of RF energy. Beamforming allows for more precise control of signal direction and improves signal strength and quality for specific areas or users.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

| beamAzimuth | The azimuth of a beam transmission, which means the horizontal beamforming pointing angle (beam peak direction) in the (Phi) φ-axis in 1/10th degree resolution. See subclauses 3.2 in TS 38.104 [12] and 7.3 in TS 38.901 [53] as well as TS 28.662 [11]. The pointing angle is the direction equal to the geometric centre of the half-power contour of the beam relative to the reference plane. Zero degree implies explicit antenna bearing (boresight). Positive angle implies clockwise from the antenna bearing.<br><br>allowedValues: [-1800 ..1800] 0.1 degree |
|---|---|

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf

| beamTilt | The tilt of a beam transmission, which means the vertical beamforming pointing angle (beam peak direction) in the (Theta) $\theta$-axis in $1/10^{th}$ degree resolution.  See subclauses 3.2 in TS 38.104 [12] and 7.3 in TS 38.901 [53] as well as TS 28.662 [11]. The pointing angle is the direction equal to the geometric centre of the half-power contour of the beam relative to the reference plane. Positive value implies downtilt.<br><br>allowedValues: [-900..900] 0.1 degree |
|---|---|

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf

## 5.2    Beamforming

Beamforming is a signal processing technology used to change the direction and the shape of radiation pattern of the array antenna for either signal transmission or signal reception. It is achieved by combining elements in the array in a way where signals at particular angles experience constructive interference and while others experience destructive interference.

Beamforming technology is used in the new PtMP structure introduced in clause 7 to automatically make alignment with hub site and leaf site. Figure 7 shows the internal diagram of beamforming. Multiple RF channel signals are transmitted at the same time and are combined in the air. The amplifier and phase shifter of each RF channel could be adjusted, in order to change the shape and phase of the beam, and then change the pointing direction of the beam combination.



**Figure 7: Internal diagram of beamforming**

Figure 8 shows the operation interface and illustration of beamforming. If the four array antennas are kept with the same phase in the left figure, the combination beam just goes straight. If the phase of four array antennas are changed in the right figure, the combination beam will change its direction accordingly.



**Figure 8: Operation interface and illustration of beamforming**

https://www.etsi.org/deliver/etsi_tr/103700_103799/103712/01.01.01_60/tr_103712v010101p.pdf

| | |
|---|---|
| an edge processing module including a learning machine or a neural network coupled to the transceiver and one or more antennas to provide low-latency computation for the predetermined target. | The accused instrumentality comprises an edge processing module (e.g., processing module utilized by the accused instrumentality) including a learning machine (e.g., machine learning) or a neural network coupled to the transceiver (e.g., 5G cellular transceiver of gNB) and one or more antennas (e.g., antennas of gNB) to provide low-latency computation (e.g., edge computation) for the predetermined target (e.g., connected UE).<br><br>As shown below, the accused instrumentality provides edge computing for 5G enabled devices. Also, it utilizes machine learning for processing application data.<br><br>**VeeaONE Platform** is the adaptable edge computing foundation that seamlessly transforms to meet your exact organizational needs: from enterprise-grade security and connectivity to intelligent IoT deployments and community broadband—all powered by a single, versatile technology.<br><br>https://www.veea.com/platform |



# Where Platform Intelligence Meets the Edge

Purpose-built for automating infrastructure, enabling smart spaces, and accelerating outcomes at the edge.

Explore the VeeaONE Platform

https://www.veea.com/

VeeaONE is the hyperconverged, full-stack platform that makes our solutions possible. It unifies the essential elements of modern infrastructure, delivering them to the 'Device Edge' on our purpose-built VeeaHubs or on the third-party hardware of your choice.

https://www.veea.com/

VeeaONE gives you everything you need to launch secure, scalable, intelligent services - without the complexity.



Unify your infrastructure with a hyperconverged stack: connectivity + compute + security + AI in one unit.



Run applications at the Device Edge, where data is generated and action is taken.



Integrate seamlessly with your existing devices, sensors, and BMS systems.





Control everything from a single cloud dashboard or manage locally.



Leverage a powerful Wi-Fi AP, IoT Gateway, and our patented vMesh technology.



Scale easily from one site to thousands with Zero Touch Provisioning.

https://www.veea.com/



## Connect

Effortlessly connect devices with built-in Wi-Fi, Bluetooth, Zigbee, Matter, and Thread, plus optional LoRaWAN and 4G/5G. Our patented vMesh technology creates a seamless networking, computing, and application mesh across LAN and WAN.



## Compute

Run applications in a virtualized Linux environment with a powerful quad-core CPU, supporting them in secured Docker® containers at the Device Edge. The computing framework mirrors those found in the cloud, but with the benefits of local processing.



## Secure

Protect your network with an architecturally superior approach. Our platform features AI-driven threat detection that actively monitors your network and defends against cyberattacks, Zero Trust Network Access (ZTNA), device fingerprinting and network slicing over LAN/WAN for unparalleled security.



## AI

Deploy AI where it's needed most. Our platform enables low-latency AI inferencing, privacy-preserving federated machine learning, and multimodal Agentic AI on a heterogenous mesh network of Veea and third-party devices.

https://www.veea.com/



https://blog.veea.com/the-edge-that-fixes-itself

Veea has unified computing, communications, edge storage and cybersecurity solutions through fully integrated cloud- and edge-managed products. Veea's pioneering VeeaONE Platform, developed from the ground up in several compact form factors, brings together the functionality typically provided for through any combination of servers, Network Attached Storage (NAS) devices, routers, firewalls, Wi-Fi APs, IoT gateways, 4G or 5G wireless access, and Cloud Computing by means of multiple hardware, software and systems integrated and maintained by IT/OT professionals.



**Responsive**

Edge computing enables millisecond-level real-time decision-making, crucial for systems like manufacturing controls, autonomous vehicles, and AR/VR.



**Cost-Effective**

Our platform processes data at its source, significantly reducing bandwidth and storage costs and infrastructure buildout needs.



**Integrated**

Our suite of technologies - VeeaWare, vMesh, vBus, and management tools like the Veea Control Center and VeeaHub Manager - work in synergy to revolutionize edge computing.

https://www.veea.com/platform

### 4.3.39    `CommonBeamformingFunction`

#### 4.3.39.1    Definition

This <<IOC>> `CommonBeamformingFunction` represents common beamforming functionality (eg: SSB beams) for the `NRSectorCarrier`.

The CommonBeamformingFunction provides capability to configure the advanced antenna for a sector carrier. The configuration capability is provided by selection of coverageShape, digitalTilt and digitalAzimuth. These attributes represent the wanted coverage area and radiation pattern on a sector carrier related to an antenna transmission point.

This configuration capability assumes the system shall handle configuration of SSB beams within the sector carrier. Individual SSB beams within a sector carrier cannot be independently configured as this depends on many conditions and constraints, for instance TDD patterns, allocations of PRACH occasions, SIB1 and mobility considerations.

The associated <<IOC>> Beam provides information beam direction and beam width for the associated SSB beams as a result of the configuration. The beams addressed in this definition are the common beams. There may be more than one beam per `CommonBeamformingFunction` for the `NRSectorCarrier`.

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf

For DL data transmission during UE mobility, gNB can configure different beams for this UE at different slots. It ensures appropriate transmit beam allocation to the UE for continuous DL transmission. Therefore DL data packet transmission is kept during beam pair switching at different slots.

For UL data transmission, PUSCH is sent using the beam configured by SRI (SRS resource indicator) by gNB. Accordingly, an appropriate gNB-side beam is selected for UL data reception. gNB may select different beams at different slots depending on the UE mobility. Therefore UL data packet transmission is kept during beam pair switching at different slots.

Based on the above analysis, the UE can always exchange user plane packets with gNB during the mobility transitions. Therefore, 0ms mobility interruption time is achieved by NR for this scenario.

https://www.etsi.org/deliver/etsi_tr/137900_137999/137910/16.01.00_60/tr_137910v160100p.pdf

**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

**beam:** main lobe of a radiation pattern from an AAS BS

   NOTE:   For certain AAS BS antenna array, there may be more than one beam.

**beam centre direction:** direction equal to the geometric centre of the half-power EIRP contour of the beam

**beam direction pair:** data set consisting of  the *beam centre direction* and the related *beam peak direction*

**beam peak direction:** direction where the maximum EIRP is supposed to be found

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

## 5.3.3    RRC connection establishment

5.3.3.1    General



**Figure 5.3.3.1-1: RRC connection establishment, successful**

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf